IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>APPROXIMATELY $3,199.20 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $230.61 IN U.S. CURRENCY,<br><br>    Defendants.<br>_____ | 1:07-CV-01587-AWI-GSA<br><br>**ORDER REGARDING SCHEDULING CONFERENCE**<br>(Document 11) |

On April 14, 2008, the parties to this action submitted a Joint Scheduling Report. The Joint Scheduling Report contained a statement that the parties stipulate to stay this civil forfeiture matter pending resolution of a related criminal case identified as *United States v. Amen Ahmed Ali*, *et al.,* District Court Case No.: 1:06-CR-00292 AWI.

Based on the statement of the parties, the Scheduling Conference set for April 21, 2008, is HEREBY VACATED. If the parties intend to stay this matter by stipulation, they are directed to file any such stipulation and proposed order to stay no later than April 30, 2008.

IT IS SO ORDERED.

Dated:   **April 16, 2008**            /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE