McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:07-CV-01587-AWI-GSA |
| Plaintiff, | |
| v. | STIPULATION AND ORDER STAYING ACTION |
| APPROXIMATELY $3,199.20 IN U.S. CURRENCY and, | |
| APPROXIMATELY $230.61 IN U.S. CURRENCY | |
| Defendants. | |

It is hereby stipulated by and between plaintiff United States of America and Claimants Amen Ahmed Ali and Zafran Ali, by and through their respective counsels, for the above-entitled forfeiture action, as follows:

1. Claimant Amen Ahmed Ali is presently facing federal criminal charges in the Eastern District of California, *United States v. Amen Ahmed Ali, et al.*, 1:06-CR-00292 AWI, allegedly relating to transactions or events which form the basis for this civil forfeiture action;

2. The parties recognize that proceeding with this action has potential adverse affects on the prosecution of the related-criminal case and/or upon claimant Amen Ahmed Ali's right against self-incrimination in the related federal criminal case;

3. Publication of the civil forfeiture action has been completed and to date only one other

1  potential claimant, Zafran Ali, has filed a claim or answer, or otherwise appeared in this action, and the
2  time for which any other persons or entities to file a claim or answer has expired.
3      THEREFORE, the parties to this action stipulate as follows:
4      1.    Pursuant to 18 U.S.C. § 981(g), this action shall be stayed pending the conclusion of the
5  federal criminal action presently pending against Amen Ahmed Ali in the Eastern District of California,
6  and
7      2.    In addition, the requirements of 18 U.S.C. § 983(a)(4)(B) shall be stayed pending
8  conclusion of the federal criminal action.
9      IT IS SO STIPULATED.
10 Dated: 4/22/08

11     McGREGOR W. SCOTT
    United States Attorney
12
13     /s/ Stephanie Hamilton Borchers
    STEPHANIE HAMILTON BORCHERS
14     Assistant United States Attorney

15 Dated: 4-22-08

16     /s/ Richard M. Barnett
    RICHARD M. BARNETT
17     Attorney for Claimants Amen Ahmed Ali
    and Zafran Ali
18
    (original signature retained by attorney)
19
20
21     IT IS SO ORDERED.
22     Dated:  **April 24, 2008**    **/s/ Gary S. Austin**
23     UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28