UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:07-cv-1587 AWI-GSA |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE WHY MONETARY SANCTIONS SHOULD NOT BE IMPOSED |
| APPROXIMATELY $3,199.20 in U.S. Currency; APPROXIMATELY $230.61 in U.S. Currency, | Hearing Date : January 11, 2012<br>Hearing Time : 10:00 am |
| Defendants. | |

On September 20, 2011, a minute order was issued requiring that the United States provide the Court with a status report by October 15, 2011. (Doc. 17). To date, the United States has failed to do so. Therefore, the Court orders the United States to show cause why the Court should not impose monetary or other sanctions for failure to follow a court order. The hearing on the order to show cause will be held on **January 11, 2012 at 10:00 a.m.**

In the alternative, **within five days**, the United States shall file a status report outlining the status of the criminal matters related to this case, as well as its intentions regarding the

1

1 | prosecution of this matter.
  | IT IS SO ORDERED.

Dated:   **December 8, 2011**                    **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE