BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $3,199.20 IN U.S.CURRENCY and,<br><br>APPROXIMATELY $230.61 IN U.S.CURRENCY,<br><br>       Defendants. | 1:07-CV-01587-AWI-GSA<br><br>**STIPULATION FOR RELIEF FROM STAY**<br>**(First Request)** |

   It is hereby stipulated by and between plaintiff United States of America and Claimants Amen Ahmed Ali and Zafran Ali, by and through their respective counsel, in the above-entitled forfeiture action, as follows:

   1.   This stipulation is executed by all parties who have appeared in and are affected by this action;

   2.   The parties are requesting the Court lift the stay in the above-captioned civil forfeiture matter. Since the time of the Order Staying this forfeiture action the related criminal case *United States v. Amen Ahmed Ali, et al.*, 1:06-CR-00292-AWI has been resolved as to claimant Amen Ahmed Ali.

///

3. The parties wish to proceed with this action and agree that moving forward at this time would not adversely affect the prosecution of the related criminal case.

                                                Respectfully submitted,

Dated: December 8, 2011                     BENJAMIN B. WAGNE/R
                                                United States Attorney

                                                 /s/ Heather Mardel Jones
                                                 HEATHER MARDEL JONES
                                                 Assistant U.S. Attorney

Dated: 12-8-11                               /s/ Richard M. Barnett
                                                 RICHARD M. BARNETT
                                                 Attorney for Claimants
                                                 Amen Ahmed Ali and Zafran Ali

                                  (original signature retained by attorney)

For good cause shown, the Court adopts the parties' stipulation.

IT IS SO ORDERED.

Dated:   December 10, 2011
                                               CHIEF UNITED STATES DISTRICT JUDGE