UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cv-1587 AWI-GSA |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER VACATING ORDER |
| | ) | TO SHOW CAUSE |
| APPROXIMATELY $3,199.20 in U.S. Currency; APPROXIMATELY $230.61 in U.S. Currency, | ) | |
| Defendants. | ) | |

On December 8, 2011, this Court issued an Order to Show Cause directing the United States to respond to an order issued by the Honorable Anthony Ishii. (Doc. 18). On December 12, 2011, the United States filed a response to the Order to Show Cause indicating that the stay in this matter should be lifted. (Docs. 19-21). Accordingly, the stay is lifted and the hearing on the Order to Show Cause scheduled for January 11, 2012 is VACATED.

A scheduling conference will be held in this matter on **February 16, 2012 at 9:30 a.m.** The parties shall file a joint scheduling report no later than seven days prior to the scheduling

1

1  conference.  **Any joint scheduling report shall address how the miscellaneous case related to this action will be resolved**.  *See*, *United States v. Approximately $3,199.20 in U.S. Currency et al.*, 07-mc-00005 SMS.

IT IS SO ORDERED.

Dated:   **December 21, 2011**            /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE

2