# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:07-cv-1587 AWI GSA |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | (Documents 34-36, 46) |
| APPROXIMATELY $3,199.20 in U.S. Currency; APPROXIMATELY $230.61 in U.S. Currency, | |
| Defendants. | |

On October 31, 2007, the United States of America ("Government") filed a Verified Complaint for Forfeiture In Rem against Defendants, approximately $3,199.20 in United States currency and approximately $230.61 in United States Currency. The case was stayed because of related criminal proceedings. The stay was lifted on December 8, 2011. (Doc. 19). Thereafter, on September 25, 2012, a Motion to Set Aside Administrative Forfeiture of Seized Jewelry was filed by Claimants Amen and Zafran Ali, as well as Yosra Ali, Somoyah Ali, and Assma Ali. (Docs. 34-36). On October 12, 2012, the Government filed its opposition to the motion. (Docs. 37-39). On October 26, 2012, a reply to the opposition was filed. (Doc. 44).

On January 14, 2013, the Magistrate Judge issued Findings and Recommendations recommending that the motion be denied. The Findings and Recommendations were served on the parties and contained notice that any objections were to be filed within fifteen (15) days. To date, no objections have been filed.

1       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation dated January 14, 2013 (Doc. 46), are ADOPTED IN FULL; and
2. The Motion to Set Aside Administrative Forfeiture of Seized Jewelry (Docs. 34-36) is DENIED.

IT IS SO ORDERED.

Dated:     February 6, 2013

                                        SENIOR DISTRICT JUDGE